AO 245D (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Southern District of Illinois

**FILED JAN 15 2009**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| RA TEM JONES | |

Case No. 08CR30064-001-JPG
USM No. 28271-044

Melissa A. Day, AFPD
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  as alleged in petition  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Statutory | The defendant committed the offense/ Unlaw Use of Weapon and Unlawful Possession with Intent to Deliver Cannabis | 03/28/2009 |
| Standard # 3 | The defendant failed to call On-Site Drug Testing Program | 06/01/2007 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 1173

Defendant's Year of Birth: 1978

City and State of Defendant's Residence:
Belleville, IL 62226

01/09/2009
Date of Imposition of Judgment

_Signature of Judge_

J. Phil Gilbert                District Judge
Name and Title of Judge

Date

DEFENDANT: RA TEM JONES
CASE NUMBER: 08CR30064-001-JPG

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

13 months (This sentence shall run concurrent with the sentence imposed in 08CR30065 and consecutive to the sentence in case 08CR30133 for a total of 84 months).

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL